IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2002 JUN -6 P 3: 25
CLERK'S OFFICE
AT BALTIMORE
Y_____ DEPUTY

| | | |
|---|---|---|
| In re: MARK S. CORNEAL | * | Case No. 99-5-5797-JS |
| | * | |
| * * * * * * * | * * * * | * |
| | * | |
| F. BRUCE CORNEAL PRESERVATION TRUST | * | |
| | * | Civil Action No. WMN-02-1141 |
| v. | * | (Adversary No. 99-5765-JS) |
| | * | |
| BRIAN A. GOLDMAN | * | |
| | * | |

**MEMORANDUM AND ORDER**

On April 5, 2002, the Clerk's Office sent notice to the parties that this appeal had been docketed in this Court. On April 30, 2002, after Appellant failed to file his brief as required under Bankruptcy Rule 8009(a), this Court issued an order requiring Appellant to show cause within 10 days why this appeal should not be dismissed. When no response was received to the show cause order, this Court dismissed the appeal on May 14, 2002.

The next day, the Court received from Appellant a motion to enlarge time to file brief. Paper No. 5. Apparently, Appellant had attempted to file this same motion on May 10, 2002, but it was returned because he failed to submit with it a proposed order. In the motion, Appellant indicates that he did not received timely notice of the docketing of this appeal, and also that he requires a short extension of time to file his brief because of other pressing business matters.

For good cause shown, the Court will vacate its order

dismissing the appeal, and will grant Appellant's request for additional time to file his brief.

Accordingly, IT IS this 6th day of June, 2002, by the United States District Court for the District of Maryland, ORDERED:

1. That this Court's order of May 14, 2002, is hereby VACATED;

2. That this case is REOPENED;

3. That Appellant's motion for extension of time, Paper No. 5, is hereby GRANTED;

4. That Appellant's brief shall be filed on or before June 14, 2002; and

5. That the Clerk of the Court shall mail copies of this Memorandum and Order to Appellant and all counsel of record.

_____
William M. Nickerson
United States District Judge