UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

In re:

MARK S. CORNEAL,
    Debtor

_____/

F. BRUCE CORNEAL
PRESERVATION TRUST

    Appellant

v.

BRIAN A. GOLDMAN,
CHAPTER 7 TRUSTEE

    Appellee.

_____/

Civil Action No. WMN-02-1141

Lower Tribunal No. 99-5-5797 JS
(Chapter 7)

Adversary No. 99-5765-JS

## MOTION TO ENLARGE TIME TO FILE APPELLANT'S BRIEF

**COMES NOW**, Appellant, F. Bruce Corneal and Preservation Trust, and respectfully requests that this Honorable Court grant a one week enlargement of time in which to file the appellate brief, and in support thereof, avers as follows:

1. On June 10, 2002, Appellant received an Order entered June 6, 2002 which vacated its earlier Order dismissing the appeal. The June 6, 2002 Order reinstated the appeal, and imposed a deadline of June 14, 2002 for filing the brief.

2. Appellant has been working diligently on the brief, but has not yet been able to



" GRANTED " THIS 17th DAY
OF June, 2002
_____
UNITED STATES DISTRICT JUDGE

complete it because of an unexpected out of town trip, and the press of other business. Appellant is anxious to finish the brief, and is not in any way intentionally delaying the adjudication of this appeal. He requires one short seven day extension in which to complete the work, have the brief and the appendix bound, and submit it to the Court.

3. This request is made in good faith.

WHEREFORE, for the foregoing reasons, Appellant respectfully requests that the Court grant him the relief he seeks.

Respectfully submitted,

F. Bruce Corneal
P. O. Box 4626
Fort Lauderdale, Florida 33338

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by first class U.S. mail to Gerald R. Vetter, Esq., Goldman & Vetter, 36 South Charles Street, Suite 2401, Baltimore, Maryland 21201 this 13th day of June, 2002.

_____
F. Bruce Corneal

-3-