UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

In re:                                             WMN 02-1141

MARK S. CORNEAL,

    Debtor
_____/

F. BRUCE CORNEAL
PRESERVATION TRUST

    Appellant                            **Bankruptcy**
                                                   **Case No.**
BRIAN A. GOLDMAN                                   **99-5-5797 JS**
Chapter 7 Trustee,                                 **99-5765 JS**

    Appellee
_____/

### APPELLANT'S MOTION TO ENLARGE TIME
### TO FILE REPLY BRIEF

    **COMES NOW,** Appellants, Preservation Trust and F. Bruce Corneal, and pursuant to the Rules, request a seven day enlargement of time in which to file a reply brief in response to Appellee's Brief and in support thereof, avers as follows:

    1. On June 24, 2002, Appellant filed his Brief in the instant appeal.

    2. As a result of an oversight, Appellee's counsel was not served until approximately one week later.

    3. Appellant received Appellee's Brief on Monday, July 29, 2002.

    4. Appellant intends to file a reply brief which, pursuant to Rule 8009, is due on August 8, 2002. Appellant is currently involved in several time sensitive projects which will prevent



"___GRANTED___" THIS 7th DAY OF _August_, 20 02

_____
SENIOR UNITED STATES DISTRICT JUDGE

him from immediately addressing Appellee's brief, and he had previously made plans to be out of town much of the week of August 5, 2002. Accordingly, Appellant respectfully requests a seven (7) day enlargement of time in which to file his reply brief to August 15, 2002.

    5. This request is made in good faith and not for purposes of delay.

WHEREFORE, for the foregoing reasons, Appellants respectfully requests that the Court grant the instant Motion to enlarge the time to submit a reply brief.

Respectfully submitted,

F. Bruce Corneal
P.O. Box 4226
Fort Lauderdale, Florida 33338

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion To Enlarge Time was delivered by first class U.S. mail to Gerard R. Vetter, Esq., Goldman & Vetter, 36 South Charles Street, Suite 2401, Baltimore, Maryland 21201 this 1st day of AUGUST, 2002.

_____
F. Bruce Corneal

-3-