IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

In re: MARK S. CORNEAL           *   Case No. 99-5-5797 JS
                                 *
*    *    *    *    *    *    *    *    *    *    *    *    *    *

F. BRUCE CORNEAL                 *
  PRESERVATION TRUST             *
                                 *   Civil Action No. WMN-02-1141
       v.                        *   (Adversary No. 99-5765-JS)
                                 *
BRIAN A. GOLDMAN                 *
                                 *

ORDER

For the reasons stated in the foregoing memorandum, IT IS this 16th day of December, 2002 by the United States District Court for the District of Maryland, ORDERED:

1. That the February 4, 2002 Order of the Bankruptcy Court denying Appellants' Motion to vacate is hereby AFFIRMED;

2. That Civil Action No. WMN-02-1141 is hereby CLOSED;

3. That the Clerk of the Court shall mail or transmit copies of this Memorandum and Order to Appellants and all counsel of record.

_____
William M. Nickerson
Senior United States District Judge